PEOPLE *ex rel.* NOSTRAND *v.* WILSON *et al.*

(*City Court of Brooklyn, General Term.* November 25, 1889.)

MANDAMUS—CORRECTION OF ASSESSMENT ROLLS.
  *Mandamus* will lie to correct clerical errors in the assessment rolls of the city of Brooklyn, while yet in the hands of the assessor.

Appeal from special term.

On application of the relator, Ellen Nostrand, an order was made at the special term for a peremptory writ of *mandamus* against Thomas A. Wilson and others, of the board of assessors, for correction of the assessment roll; and from this order defendants appeal.

Argued before CLEMENT, C. J., and OSBORNE, J.

*Almet F. Jenks,* for appellants. *Sidney V. Lowell,* for respondents.

CLEMENT, C. J. The relator owns land on the corner of Myrtle avenue and Ditmars street, in this city, and the board of assessors, by mistake, included such property in the assessment district for the repaving of Bushwick avenue from Myrtle to De Kalb avenues. At special term said relator applied for a peremptory writ of *mandamus* against the assessors, to strike her property from the list, and against the collector of taxes and assessments, to make the proper entry, which motion was granted; and from the order entered thereon, this appeal is taken. No affidavits denying the facts were filed by

the appellants on the motion, and the only point raised on the appeal is that *mandamus* is not the proper remedy. We think that the error of the assessors was clerical, and that they had the power, and that it was their duty, to make the correction of the list in accordance with the facts, pursuant to section 10, tit. 10, of the Revised Charter, (chapter 583 of the Laws of 1888.) The clause at the end of the fifth subdivision of section 10, "until it shall have been certified to by the comptroller, and the collector of taxes and assessment," does not mean that the comptroller and collector shall certify to the correction before it is made, but that it shall be certified to them after the assessors rectify the error. See section 21, tit. 4, same charter. Independent of the provisions of the charter, the remedy by *mandamus* has been used to strike non-residents from the roll, (*People* v. *Assessors*, 44 Barb. 148; *Barhyte* v. *Shepherd*, 35 N. Y. 238, 255,) and also to strike off non-taxable property, (*People* v. *Olmsted*, 45 Barb. 644.) The assessors admit that they made a mistake, and now claim that they should not correct the same, except by an action against the city, to which it is conceded there would be no defense. There is no merit in this appeal, and the order granting a *mandamus* should be affirmed, with costs and disbursements.